CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street
Suite 2350
San Francisco, CA 94104
Telephone: 415-362-6252
Facsimile: 415-362-6431

Attorney for Defendant SALEEM KHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 12-00860 YGR |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND  ORDER** |
| | ) **CONTINUING HEARING AND** |
| | ) **DOCUMENTING EXCLUSION OF** |
| SALEEM KHAN, | ) **TIME** |
| Defendant. | ) |
| _____ | ) |

With the agreement of the parties, and with the consent of defendant Saleem

Khan ("defendant"), the Court enters this order documenting the exclusion of time

under the Speedy Trial Act, 18 U.S.C. § 3161, from March 7, 2013 to May 2, 2013.

The Court finds and holds, and the parties stipulate, as follows:

1.      The defendant Saleem Khan appeared before the Court on January 24,

2013.  At that appearance, counsel informed the Court that the government had

produced a large amount of discovery to the defense in this case and that the defense

believed this case was related to a pending insider trading investigation.  The parties jointly requested that the Court continue the case to March 7, 2013, for the purpose of defense counsel's effective preparation.

2.     The parties now jointly request that the Court continue the case to May 2, 2013 for the purpose of defense counsel's effective preparation and to accommodate a scheduling conflict by the government.

3.     This continuance is required because the defendant's work computer image has not yet been produced to the defense.  Production of that image has been complicated because it contains confidential business information which affects the defendant's prior employer.

4.     That date is the first practical date for defense counsel and the government because the government has a conflict on March 21, 2013.  Defense counsel is scheduled to be out of the State from March 27, 2013 until April 5, 2013, and government counsel is scheduled to begin a trial in <u>United States v. Nosal</u>, CR 08-0237 EMC, on April 8, 2013.

5.     The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until May 2, 2013 is necessary for effective preparation of defense counsel, based on the need to review the discovery that has been produced and has yet to be produced.  <u>See</u> 18 U.S.C. § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds that the ends of justice served by excluding the period from March 7, 2013 to May 2, 2013 outweigh

the best interest of the public and the defendant in a speedy trial.  Id. §

3161(h)(7)(A).

      6.     Accordingly, and with the consent of the defendant, the Court orders

that the period from March 7, 2013 to May 2, 2013, be excluded from Speedy Trial

Act calculations under 18 § 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

**SO STIPULATED.**

DATED: March 6, 2013             /s/
                                CHRISTOPHER CANNON
                                Attorney for defendant RENATO SATORRE

DATED: March 6, 2013             MELINDA HAAG
                                United States Attorney

                                /s/
                                KYLE F. WALDINGER
                                Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:March 6, 2013                             
                            HONORABLE YVONNE GONZALEZ ROGERS
                            United States District Court Judge