MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0860 YGR |
| ) | |
|    Plaintiff, ) | |
| ) | STIPULATION AND PROTECTIVE |
|    v. ) | ORDER RE: DISCOVERY OF FORENSIC |
| ) | IMAGE OF DEFENDANT'S KAISER |
| SALEEM M. KHAN, ) | PERMANENTE WORK COMPUTER |
| ) | |
|    Defendant. ) | |
| ) | |

     The defendant Saleem M. Khan ("defendant") is charged with one count of bank fraud, in violation of 18 U.S.C. § 1344, and one count of making false statements to a financial institution, in violation of 18 U.S.C. § 1014.

     The United States will produce to counsel for the defendant copies of digital media that the United States has obtained from the defendant's former employer, Kaiser Permanente (hereafter "the Kaiser digital media"). This discovery will consist of a forensic image of the defendant's Kaiser Permanente work computer. The Kaiser digital media may contain confidential business information of Kaiser Permanente. Accordingly, pursuant to Federal Rule of Criminal Procedure 16(d), the parties stipulate, and the Court orders, that disclosure of these materials shall be subject to the following restrictions:

     1.    Except when being actively examined for the purpose of the preparation of the

STIPULATION AND PROTECTIVE ORDER
CR 12-0860 YGR

defense of the defendant, the Kaiser digital media produced by the United States to defense counsel, Christopher J. Cannon, shall be maintained in a safe and secure location that is accessible only to Mr. Cannon or other attorneys and employees of his law office.  Mr. Cannon shall not permit any person access of any kind to the Kaiser digital media except as set forth below.

2. The following individuals may examine the Kaiser digital media for the sole purpose of preparing the defense of the defendant and for no other purpose:

a) Counsel for the defendant, Christopher J. Cannon, and any other attorneys in his law office;

b) Paralegals and investigators employed, associated with, or hired by Mr. Cannon or his law office, including any computer systems administrators;

c) The defendant Saleem M. Khan; and

d) Any outside expert retained by the defendant to analyze the Kaiser digital media in this matter.

3. A copy of this Order shall be maintained with the Kaiser digital media at all times.

4. No other person may be allowed to examine the Kaiser digital media without further court order.  Examination of the Kaiser digital media shall be done in a secure environment that will not expose the materials to other individuals not listed above.

5. Word processing files, e-mails, and other text files contained on the Kaiser digital media may be duplicated to the extent necessary to prepare the defense of this matter.

6. The computer from which the Kaiser digital media will be accessed shall not be connected to the Internet or to any other computer network.

7. Within 30 court days of the judgment and sentencing hearing in this matter, or other termination of this matter, Mr. Cannon shall destroy the Kaiser digital media.  If an appeal is noticed and Mr. Cannon continues to represent the defendant on appeal, he may continue to

//

//

STIPULATION AND  PROTECTIVE ORDER
CR 12-0860 YGR

1  //
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROTECTIVE ORDER
CR 12-0860 YGR

3

retain possession of the Kaiser digital media according to the terms of this Order until the conclusion of the matter in the Court of Appeals.

SO STIPULATED:

DATED: March 13, 2013                    _____/s/_____
                                          CHRISTOPHER J. CANNON
                                          Attorney for defendant Saleem M. Khan

DATED: March 12, 2013                    _____/s/_____
                                          KYLE F. WALDINGER
                                          Assistant United States Attorney

IT IS ORDERED.

DATED: March 14, 2013

YVONNE GONZALEZ ROGERS
United States District Judge

STIPULATION AND PROTECTIVE ORDER
CR 12-0860 YGR

4