CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA 94104-6702
Telephone: 415-362-6252
Facsimile: 415-362-6431

Attorneys for Defendant SALEEM KHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 12-00860 YGR |
| | ) |
| Plaintiff, | ) **STIPULATION AND [~~PROPOSED~~]** |
| | ) **ORDER RECONVEYING** |
| v. | ) **PROPERTY POSTED TO SECURE** |
| | ) **RETURN FROM TRAVEL TO** |
| SALEEM KHAN, | ) **PAKISTAN** |
| | ) |
| Defendant. | ) |
| _____ | ) |

Saleem Khan has returned from Pakistan and has surrendered his passport to Pretrial Services. As additional security for that trip, Khan's wife, Ghazala Khan, and his brother, Shahid Khan, posted property securing a $1,000,000 bond. As Saleem Khan has now returned to the United States, there is no need for this additional security and the additional bond should be exonerated and the property reconveyed to the posters.

Date: May 6, 2013                                      Respectfully submitted,


                                                                    /s/
                                                        _____
                                                        Christopher J. Cannon
                                                        Counsel for Saleem Khan

1    **So Stipulated**.

2

3    Date: May 6, 2013                                    _____/s/_____

4                                                         Kyle F. Waldinger
                                                          Assistant United States Attorney

5

6           It is **Hereby Ordered** that, because Saleem Khan has returned from Pakistan and

7    surrendered his passport, the additional bond secured by property posted for Khan's travel

8
     is hereby exonerated.  The Clerk of the Northern District of California is instructed to
9
     execute the attached reconveyance.
10

11

12   Date:  5/9/13                                        _Kandis Westmore_____

13                                                        Honorable Kandis A. Westmore
                                                          Northern District Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RECONVEYING PROPERTY        2
CR 12-00860 YGR

EXHIBIT C

| | |
|---|---|
| **WHEN RECORDED MAIL TO:**<br><br>Ghazala Khan & Shahid Khan<br>5896 Annandale Way<br>Dublin, CA 94568-7474 | |
| | Space Above This Line for Recorder's Use |

# FULL RECONVEYANCE

Richard W. Wieking, Clerk, United States District Court for the Northern District of California

as Trustee and Beneficiary under that certain Deed of Trust dated the 23_ day of March, 2013 ,

_____, executed by   Ghazala Khan & Shahid Khan

_____

as Trustor(s) and recorded as instrument number   2013108496   on   3/25/2013

in Book _____ at Page _____ of Official Records, in the Office of the Recorder of _____

  Alameda   County, California, having been requested in writing by the holder of the

obligations secured by said Deed of Trust to reconvey the estate granted to Trustee under said

Deed of Trust, DOES HEREBY RECONVEY to the person or persons legally entitled thereto,

without warranty, all the estate, title, and interest acquired by Trustee under said Deed of Trust.

_____

Richard W. Wieking,
Clerk of Court, United States District Court

Dated: _____

STATE OF CALIFORNIA
COUNTY OF _____ } ss:

On _____, before me, _____,
personally appeared _____
_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

(This area for Official Notarial Seal)