**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**SALEEM M. KHAN,**<br><br>　　Defendant. | Case No.: 12-CR-860 YGR<br><br>**ORDER CONTINUING HEARING ON MOTION FOR RESTITUTION; DIRECTING PLAINTIFF UNITED STATES OF AMERICA TO FILE REPLY** |

Plaintiff United States has filed a Motion for Restitution. (Dkt. No. 58.) Defendant Saleem M. Khan filed his response on May 21, 2014. (Dkt. No. 60.)

Plaintiff United States is directed to file a written reply brief no later than **May 29, 2014**.

The United States' Motion for Restitution, currently set for hearing on May 29, 2014, is **CONTINUED** to **June 5, 2014, at 3:00 p.m.** in Courtroom 1.

**IT IS SO ORDERED**.

Date: May 23, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**