# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**
280 South First Street, Suite 106
San Jose, CA 95113-3002
TEL: (408) 535-5200
FAX: (415) 581-7430



| | |
|---|---|
| **YADOR J. HARRELL**<br>*CHIEF U.S. PROBATION OFFICER* | **JAMES SCHLOETTER**<br>*ADMINISTRATIVE MANAGER* |
| **VERONICA RAMIREZ**<br>*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER* | **NOEL BELTON**<br>*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER* |

March 28, 2017

The Honorable Yvonne Gonzalez Rogers
United States District Judge

Re:  U.S. v. Saleem M. Khan
     Docket No:  0971 4:12CR00860-001 YGR
     **TRAVEL REQUEST**

Your Honor:

On March 13, 2014, the offender was sentenced by Your Honor to 21 months imprisonment followed by three years supervised release, for a violation of the following:  Count One: Bank Fraud, 18 U.S.C. § 1344, a Class B Felony. Count Two: False Statements to a Financial Institution, 18 U.S.C. § 1014, a Class B Felony. The following special conditions of supervision were ordered: $200 special assessment; $60,000 fine; $313,665.98 restitution; financial disclosure; not open new lines of credit and/or debt; not maintain a position of fiduciary capacity; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection. Supervision commenced on February 04, 2016.

Mr. Khan is requesting permission to travel to various cities in Pakistan, namely Mansehra, Karachi, and Islamad, from June 22, 2017 to August 15, 2017, to visit his mother and family. Mr. Khan has paid his special assessment, fine, and restitution in full. He is also in compliance with all other conditions of supervision. This will be Mr. Khan's first international travel request.

It is recommended that travel be approved. It is also requested that the Court provide the probation office with the discretion to approve any changes in travel dates, if necessary. In addition, the U.S. Probation Office be allowed to approve any future international travel requests with supporting documentation.

Respectfully submitted,                         Reviewed by:

_____                       _____
Leon T. Dang                                    Susan Portillo
U.S. Probation Officer                          Supervisory U.S. Probation Officer

NDC-SUPV-FORM-046 06/01/2015

**RE:** Khan, Saleem M 2
0971 4:12CR00860-001 YGR

Travel is:

☐ Approved

☐ Denied

☒ Other  The request is approved.  The Court also approves providing the probation office with the discretion to approve any changes in travel dates, if necessary, as long as Mr. Khan remains in compliance.

_____March 28, 2017_____   _____
Date                               Yvonne Gonzalez Rogers
                                   United States District Judge