UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 7, 2018    **Time:** 3:31pm-3:47pm    **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 12-cr-00860-YGR-1    **Case Name:** UNITED STATES v. Saleem Khan [present; not in custody]

**Attorney for Plaintiff:** AUSA Kyle Waldinger
**Attorney for Defendant:** Chris Cannon

**Deputy Clerk:** Frances Stone            **Court Reporter:** Sarah Goekler
**Interpreter:** not needed                **Probation Officer:** Constance Cook

### PROCEEDINGS

Status re Supervised Release- HELD

Defense request to reconsider denial of form 12, [Dkt.135], for Travel to Pakistan- HELD and TRAVEL REQUEST IS DENIED.

cc: Sue/KAW

**EXCLUDABLE DELAY:**
Category
Begins
Ends